1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA. 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244

5  Attorney for Plaintiff

6
7  Jacqueline C. DeSouza, SBN 133686
   **DESOUZA LAW OFFICES, PC**
8  2397 Shattuck Ave #202
   Berkeley, CA 94704
9  Telephone: (510) 649-3420
   Facsimile: (510) 649-1711

10 Attorney for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson, | No. CIV.S-09-00892-FCD-EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |
| DGF Enterprises, LLC dba Taco Bell #2922, *et al*., | |
| Defendants. | |

Page 1

**PLEASE TAKE NOTICE** that Plaintiff, Robert Dodson ("Plaintiff"), and Defendants, DGF Enterprises, LLC and Keith and Serena Malech, Limited Partnership ("Defendants"), hereby jointly move the Court for an Order allowing Defendants an extension of time in which to file a responsive pleading to Plaintiff's Complaint up to and including July 27, 2009.

Said extension of time is supported by good cause as the Parties are in the process of settlement discussions and hope to have the matter settled by the date Defendants' answers are due. This extension is not being submitted for the purpose of undue delay or for any improper purpose and will not impact any additional scheduling dates.

Dated:  June 23, 2009            DISABLED ADVOCACY GROUP. APLC

_____/s/_____
LYNN HUBBARD, III
Attorney for Plaintiff


Dated:  June 23, 2009            DeSOUZA LAW OFFICES, PC

_____/s/_____
JACQUELINE C. DeSOUZA
Attorney for Defendants

Dated:  June 23, 2009            LAW OFFICES OF MICHAEL STONE

_____/s/_____
MICHAEL STONE
Attorney for Defendants Keith and Serena Malach

1 **ORDER**

2  Having read the foregoing Stipulation, and good cause appearing
3 therefore, the Court GRANTS the Stipulation. Defendants DGF Enterprises,
4 LLC and Keith and Serena Malech, Limited Partnership shall file their
5 responsive pleadings on or before July 27, 2009.

6 Dated:  June 24, 2009

7
8 _____
9 FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28