1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA. 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244

5  Attorney for Plaintiff

6

7  Jacqueline C. DeSouza, SBN 133686
   **DESOUZA LAW OFFICES, PC**
8  2397 Shattuck Ave #202
   Berkeley, CA 94704
9  Telephone: (510) 649-3420
   Facsimile: (510) 649-1711

10 Attorney for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson, | No. CIV.S-09-00892-FCD-EFB |
| Plaintiff, | |
| vs. | |
| DGF Enterprises, LLC dba Taco Bell #2922, *et al*., | **STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT** |
| Defendants. | |

1  **PLEASE TAKE NOTICE** that Plaintiff, Robert Dodson ("Plaintiff"), and Defendants, DGF Enterprises, LLC and Keith and Serena Malech, Limited Partnership ("Defendants"), hereby jointly move the Court to continue the Joint Status Report to August 3, 2009.  Pending the Court's approval of the Stipulation to Extend Time for Defendants to File a Responsive Pleading (filed concurrently), Defendants' answers will not be due until July 27, 2009 and the Parties propose that the Joint Status Report be due one week thereafter.

Dated:  June 24, 2009          DISABLED ADVOCACY GROUP. APLC

                               ____/s/_____
                               LYNN HUBBARD, III
                               Attorney for Plaintiff


Dated:  June 23, 2009          DeSOUZA LAW OFFICES, PC

                               ___/s/_____
                               JACQUELINE C. DeSOUZA
                               Attorney for Defendant DGF Enterprises, LLC


Dated:  June 23, 2009          LAW OFFICES OF MICHAEL STONE

                               ___/s/_____
                               MICHAEL STONE
                               Attorney for Defendants Keith and Serena Malach

/ / /

/ / /

/ / /

/ / /

1
## **ORDER**

2  Having read the foregoing Stipulation, and good cause appearing
3  therefore, the Court GRANTS the Stipulation. Plaintiff, Robert Dodson, and
4  Defendants, DGF Enterprises, LLC and Keith and Serena Malech, Limited
5  Partnership, shall file their Joint Status Report on or before August 3, 2009.

6

7  Dated: June 24, 2009

8  _____
9  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28